**FILED**

July 07, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| LUIS ANGEL MARTINEZ-ROJAS, | § § § § | |
| Petitioner, | § § | |
| v. | § § § | CIVIL NO. SA-26-CV-4200-OLG |
| TODD LYONS and WARDEN, T. DON HUTTO DETENTION CENTER, | § § § § | |
| Respondents. | § § | |

### TRANSFER ORDER

Before the Court is Petitioner Luis Angel Martinez-Rojas's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). Petitioner (A-Number 221-362-975) is not detained within the San Antonio Division of the Western District of Texas; he is currently confined in the T. Don Hutto Detention Center, located in Williamson County.[1] As such, the proper respondent is the warden of that facility, *see Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004), which is located in the Austin Division of the Western District of Texas, 28 U.S.C. § 124(d)(1). Accordingly, the Court finds that this habeas proceeding should be transferred to the division where Petitioner is being detained pursuant to 28 U.S.C. § 2241.

This action is hereby **TRANSFERRED** to the Austin Division of the Western District of Texas, where the Clerk of the Court shall reassign this case to a district judge within that division.

**IT IS SO ORDERED**.

**SIGNED** on July 7, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1] *See Online Detainee Locator*, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, search (last visited July 7, 2026).